| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br><br>Low and Low, L.L.C.<br>505 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 343-4040<br>Russell L. Low, Esq. No. 4745<br>Attorney for the Debtor | **Order Filed on July 15, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Craig Daye | Case No.:  18-33194<br>Chapter:  13<br>Judge:  JKS |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 15, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  November 30, 2018  :

Property: _____194 Reeve Terrace Plainfield NJ 07062_____

Creditor: _____Ditech_____

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Russell L. Low_____,
  and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____,
  and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____10/8/19_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2