Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18–33194–JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Craig E. Daye
  194 Reeve Terrace
  Plainfield, NJ 07062

Social Security No.:
  xxx–xx–9609

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/3/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 4, 2019
JAN: zlh

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-33194-JKS
Craig E. Daye                                                         Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2       User: admin            Page 1 of 2           Date Rcvd: Nov 04, 2019
                           Form ID: 148           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2019.
```
db          +Craig E. Daye,    194 Reeve Terrace,    Plainfield, NJ 07062-1531
cr          +MTGLQ INVESTORS, L.P.,    RAS Crane, LLC,    10700 Abbott's Bridge Road, Suite 170,
              Duluth, GA 30097-8461
517887416   +BANKAMERICA,    4909 SAVARESE CIRCLE,    TAMPA, FL 33634-2413
517887419   +BK OF AMER,    4909 SAVARESE CIR,    TAMPA, FL 33634-2413
517887423   +City of Plainfiled Collector of Taxes,    515 Watchung Avenue,    Plainfield, NJ 07060-1720
517887427   +KML Law Group P.C.,    216 Hadden Ave,    Ste 406,    Collingswood, NJ 08108-2812
518009710   +Rushmore Loan Management Services,     P.O. Box 55004,    Irvine, CA 92619-5004
517887429   +THRIFT INVESTMENT CORP,    720 KING GEORGE POST RD,    FORDS, NJ 08863-1985
517887430   +TROJAN PROFESSIONAL SE,    4410 CERRITOS AVE,    LOS ALAMITOS, CA 90720-2549
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 05 2019 00:26:03     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 05 2019 00:26:00     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517887415   +E-mail/Text: kristin.villneauve@allianceoneinc.com Nov 05 2019 00:23:41     Alliance One,
              PO Box 3101,    Southeastern, PA 19398-3101
517887418   +EDI: TSYS2.COM Nov 05 2019 04:48:00     BARCLAYS BANK DELAWARE,    PO BOX 8803,
              WILMINGTON, DE 19899-8803
517887420    EDI: CAPITALONE.COM Nov 05 2019 04:48:00     CAPITAL ONE,    15000 CAPITAL ONE DR,
              RICHMOND, VA 23238
517887425   +EDI: DISCOVER.COM Nov 05 2019 04:48:00     DISCOVER FIN SVCS LLC,    PO BOX 15316,
              WILMINGTON, DE 19850-5316
517887426   +E-mail/Text: bankruptcy.bnc@ditech.com Nov 05 2019 00:25:34     Ditech,    PO Box 6172,
              Rapid City, SD 57709-6172
517887428   +EDI: RMSC.COM Nov 05 2019 04:48:00     SYNCB/LOWES,    PO BOX 965005,    ORLANDO, FL 32896-5005
517887431   +EDI: WFFC.COM Nov 05 2019 04:48:00     WELLS FARGO DEALER SVC,    PO BOX 1697,
              WINTERVILLE, NC 28590-1697
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517887424      Karen A. Daye
517887417*   +BANKAMERICA,    4909 SAVARESE CIRCLE,    TAMPA, FL 33634-2413
517887421*  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court:   CAPITAL ONE,     15000 CAPITAL ONE DR,    RICHMOND, VA 23238)
517887422*  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court:   CAPITAL ONE,     15000 CAPITAL ONE DR,    RICHMOND, VA 23238)
                                                                                 TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2019 at the address(es) listed below:
```
          Kevin Gordon McDonald    on behalf of Creditor    MTGLQ Investors, LP kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann Greenberg    magecf@magtrustee.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Nov 04, 2019
                              Form ID: 148             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Russell L. Low    on behalf of Debtor Craig E. Daye rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 5